UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

       Plaintiff,              Case No. 2:20-cv-90

v.                                Honorable Paul L. Maloney

UNKNOWN LEE et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   September 10, 2020             /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge